[No. 18280. *En Banc.* June 17, 1924.]

A. L. DEVOTO, *Respondent,* v. UNITED AUTO TRANSPORTATION COMPANY, INCORPORATED, *et al., Appellants.*

E. J. THOMPSON, *Respondent,* v. UNITED AUTO TRANSPORTATION COMPANY, INCORPORATED, *et al., Appellants.*

LEO DEVOTO, *Respondent,* v. UNITED AUTO TRANSPORTATION COMPANY, INCORPORATED, *et al., Appellants.*[2]

Appeal from a judgment of the superior court for Pierce county, Card, J., entered June 20, 1923, upon the verdict of a jury rendered in favor of the plaintiffs, in consolidated actions in tort. Reversed.

*F. A. Latcham* and *Van Dyke & Thomas,* for appellants.
*Bates & Peterson,* for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adhere to the Departmental opinion heretofore filed herein and reported in 128 Wash. 604, 223 Pac. 1050. The judgment of the superior court is therefore reversed and the case remanded for a new trial.

HOLCOMB, J. (dissenting)—Although I joined in the opinion of the Department, and still concur in that opinion as to the joinder

[1]Reported in 226 Pac. 1119.

[2]Reported in 226 Pac. 1118.

of parties, I am now convinced that the opinion is erroneous as to the instruction condemned. In my opinion, the instruction condemned follows the statutes of this state, is correct as a matter of law and justice, and should be approved. Ultimately it will be.

The verdict and judgment should therefore be affirmed.